**1052**

■

**Farah Mudathir Farah TAHA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–73499.

United States Court of Appeals, Ninth Circuit.

Sept. 10, 2004.

Before BEEZER and KOZINSKI, Circuit Judges, and SCHWARZER,* Senior District Judge.

ORDER WITHDRAWING OPINION

The opinion and dissent filed on March 31, 2004, and published at 362 F.3d 623 (9th Cir.2004), are withdrawn.